UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Civil Action No.<br>3:18CV433 (CSH) |
| v. | |
| TAIWO FOLARIN BOLUMOLE, a/k/a<br>CHICHII KAYODE OKPA, JR., a/k/a<br>MICHAEL STUART TAPP, a/k/a TAIWO<br>FOLARIN OLALEKAN,<br>Defendant. | June 25, 2018 |

## JUDGMENT

This matter came on for consideration on the Plaintiff's Complaint for Revocation of Naturalization [Doc. #1] before the Honorable Charles S. Haight, Jr., United States District Judge. The Court reviewed the papers and on May 25, 2018 entered a Consent Judgment Revoking Naturalization [Doc. #13] and ordered a Compliance Hearing for June 26, 2018. On June 22, 2018, Plaintiff filed a Status Report [Doc. #15] indicating that the Defendant has complied in full with the Judgment. On June 25, 2018, the Court entered an Order canceling the Compliance Hearing and closing the case. It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Plaintiff and the case is closed.

Dated at New Haven, Connecticut, this 25th day of June, 2018.

ROBIN D. TABORA, Clerk

By_____/s/_____
Breigh Freberg, Deputy Clerk

EOD: June 25, 2018